## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No.  04-cr-00403-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3.     FABIAN MIRANDA-URBINA,

        Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


     The Notice/Motion Requesting Termination of Electronic Service (Doc 598 - filed February 16, 2006) is **GRANTED**.  Richard K. Kornfeld and Daniel Recht of the law firm Recht & Kornfeld, PC, should be removed from the electronic service list in this matter.


Dated:  February 21, 2006
_____